AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA<br>V.<br>Keegan Jamaal Rolenc | | | | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: 20-cr-137 (NEB/ECW) | |
|---|---|---|---|---|---|

| PRESIDING JUDGE<br>Hon. Elizabeth Cowan Wright | | | PLAINTIFF'S ATTORNEY<br>Thomas Calhoun-Lopez, Assistant U.S. Attorney | | DEFENDANT'S ATTORNEY<br>Robert Richman |
|---|---|---|---|---|---|
| HEARING DATE (S)<br>October 29, 2020; November 4, 2020; May 25, 2021 | | | COURT REPORTER<br>Debra Beauvais (October 29, 2020; November 4, 2020), Maria Weinbeck (May 25, 2021) | | COURTROOM DEPUTY<br>EMCS |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10.29.20 | X | X | Photograph of vehicle |
| 2 | | 10.29.20 | X | X | Photograph of vehicle interior, driver's seat |
| 3 | | 10.29.20 | X | X | Photograph of vehicle interior, center console |
| 4 | | 10.29.20 | X | X | Photograph of plastic bag inside paper bag |
| 5 | | 10.29.20 | X | X | Photograph of firearm |
| 6A | | 10.29.20 | X | X | Photograph of notebook cover |
| 6B | | 10.29.20 | X | X | Photograph of notebook page |
| 7 | | 10.29.20 | X | X | Photograph of scale |
| 8A | | 10.29.20 | X | X | Photograph of mason jar |
| 8B | | 10.29.20 | X | X | Photograph of mason jar |
| 8C | | 10.29.20 | X | X | Photograph of mason jar |
| 8D | | 10.29.20 | X | X | Photograph of mason jar |
| 10 | | 10.29.20 | X | X | 02.02.20 Officer vehicle dashboard camera video |
| 11 | | 10.29.20 | X | X | 02.02.20 Body-worn camera video: Officer Ledman |
| 12 | | 10.29.20 | X | X | 02.02.20 Body-worn camera video: Officer Fuller |
| 13 | | 10.29.20 | X | X | 02.02.20 Body-worn camera video: Officer Schroeder |
| 14 | | 10.29.20 | X | X | 02.03.20 Search Warrant and Related Materials for Rolenc DNA |
| 15 | | 10.29.20 | X | X | 02.04.20 Search Warrant and Related Materials for vehicle |
| 16 | | 10.29.20 | X | X | 02.10.20 Search Warrant and Related Materials for 3 cell phones |

|  |  | 10.29.20 |  |  | Witness: Daniel Ledman, Officer, Minneapolis Police Department |
|  |  | 10.29.20 |  |  | Witness: Jeremy Alley, Forensic Scientist, Minneapolis Crime Lab |
|  | 1 | 10.29.20 | X | X | Phone billing excerpt for (612) 757-7163 |
|  | 2 | 10.29.20 | X | X | Hennepin County DOCCR Drug Testing Report for Rolenc |
|  | 3A | 10.29.20 | X | X | Minneapolis Crime Lab photo of object wrapped in paper |
|  | 3B | 10.29.20 | X | X | Minneapolis Crime Lab photo of mason jar in open paper wrapping |
|  | 3C | 10.29.20 | X | X | Minneapolis Crime Lab photo of mason jar in open paper wrapping |
|  | 3D | 10.29.20 | X | X | Minneapolis Crime Lab photo of mason jar |
|  | 3E | 10.29.20 | X | X | Minneapolis Crime Lab photo of mason jar |
|  | 3F | 10.29.20 | X | X | Minneapolis Crime Lab photo of mason jar |
|  | 3G | 10.29.20 | X | X | Minneapolis Crime Lab photo of mason jar |
|  | 3H | 10.29.20 | X | X | Minneapolis Crime Lab photo of mason jar |
|  | 3I | 10.29.20 | X | X | Minneapolis Crime Lab photo of mason jar |
|  | 3J | 10.29.20 | X | X | Minneapolis Crime Lab photo of mason jar |
|  | 3K | 10.29.20 | X | X | Minneapolis Crime Lab photo of mason jar lid |
|  | 4 | 10.29.20 | X | X | Google Map of route from Lowry Ave to Queen Ave N to 30th Ave N |
|  | 5A | 10.29.20 | X | X | Still image from Officer Ledman body-worn camera video of vehicle trunk |
|  | 5B | 10.29.20 | X | X | Still image from Officer Ledman body-worn camera video of vehicle trunk |
|  | 6 | 10.29.20 | X | X | 03.17.20 MPD Crime Lab Request for Services |
|  | 7 | 10.29.20 | X | X | 04.12.20 Minneapolis Crime Lab report by Forensic Scientist J. Alley |
|  | 8 | 10.29.20 | X | X | Mason jar |
|  |  | 10.29.20 |  |  | Witness: Iteachea Akporido |
|  |  | 10.29.20 |  |  | Witness: Dayann Cain |
|  |  | 10.29.20 |  |  | Witness: Paul Coe |
|  |  | 10.29.20 |  |  | Witness: Josalyn Williams |
|  |  | 10.29.20 |  |  | Witness: Acacia Gammage |
|  |  | 10.29.20 |  |  | Witness: Keegan Rolenc |
|  | 9 | 11.04.20 | X | X | Resume of Thomas R. Burr, Forensic Scientist |
|  | 10 | 11.04.20 | X | X | Affidavit of Thomas R. Burr |
|  |  | 11.04.20 |  |  | Witness: Thomas Burr, Forensic Science Consultant |
| 17 |  | 05.25.21 | X | X | Photograph of green bag in vehicle center console |

AO 187 (Rev. 7/87) Exhibit and Witness List

| 18 |    | 05.25.21 | X | X | Photograph of firearm |
| 19 |    | 05.25.21 | X | X | Photograph of cash in vehicle center console |
| 20 |    | 05.25.21 | X | X | Minneapolis Police Policy 7-700 Vehicle Impounding and Towing |
|    |    | 05.25.21 |   |   | Witness: William James Martin, Officer, Minneapolis Police Department |
|    | 11 | 05.25.21 | X | X | 07.16.20 Body-worn camera video |
|    | 12 | 05.25.21 | X | X | 07.16.20 Body-worn camera video |
|    | 13 | 05.25.21 | X | X | 07.16.20 Body-worn camera video |
|    | 14 | 05.25.21 | X | X | 07.16.20 Body-worn camera video |
|    | 15 | 05.25.21 | X | X | 07.16.20 Body-worn camera video |
|    | 16 | 05.25.21 | X | X | 07.16.20 Minneapolis Vehicle Impound Report (tow sheet) |
|    | 17 | 05.25.21 | X | X | Still image from body-worn camera video of officer vehicle, parked vehicle, and sidewalk |
|    | 18 | 05.25.21 | X | X | Still image from body-worn camera video of sidewalk |
|    | 19 | 05.25.21 | X | X | Still image from body-worn camera video of parked vehicle and sidewalk |
|    | 20 | 05.25.21 | X | X | Minneapolis Police Policy and Procedural Manual |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size \