UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-137 (NEB/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    **MOTION TO DISMISS** |
| | ) |
| KEEGAN JAMAAL ROLENC, | ) |
| | ) |
| Defendant. | ) |

The United States of America, by and through its attorneys, Charles J. Kovats, Jr., Acting United States Attorney for the District of Minnesota, and Thomas Calhoun-Lopez, Assistant United States Attorney, hereby moves the Court for an order dismissing the Indictment (Document No. 1) and Superseding Indictment (Document No. 42) against the above-named Defendant, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

On the date of this motion, the United States filed a motion to dismiss its appeal of the Court's order suppressing evidence in this case (Document No. 93). That motion was granted by the Eighth Circuit Court of Appeals. Dismissal of the U.S. District Court case is now necessary.

Dated:   January 19, 2022

                                        Respectfully Submitted,

                                        CHARLES J. KOVATS, JR.
                                        Acting United States Attorney

                                        *s/ Thomas Calhoun-Lopez*
                                        BY:   THOMAS CALHOUN-LOPEZ
                                        Assistant U.S. Attorney